IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JONES,<br><br>    Petitioner,<br><br>  v.<br><br>JOHN MARSHALL, Warden,<br><br>    Respondent.<br>_____ | No. C 09-3541 MMC (PR)<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE; DIRECTING CLERK TO FILE PETITION AS AMENDED PETITION IN CASE NO. C 09-1792 MMC (PR)** |

    On August 3, 2009, the instant action was opened when petitioner, a California prisoner proceeding pro se, sent to the court a habeas corpus petition. A review of the petition shows that it contains claims identical to those in an earlier petition filed in this court by petitioner on April 14, 2009. See Jones v. Marshall, No. C 09-1792 MMC (PR). By order filed July 17, 2009, the earlier petition was dismissed with leave to amend, within thirty days, for the purpose of petitioner's either filing an amended petition containing only exhausted claims or a request to stay the petition while he exhausts his unexhausted claims in state court. Although petitioner, contrary to the Court's instructions in the above-referenced order, did not include the caption and case number C 09-1792 on the instant petition, it appears the instant petition was filed in response to that order.

    Accordingly, as the instant action was erroneously opened when petitioner sent to the court a petition responsive to the Court's order in case number C 09-1792, the Clerk of the Court is hereby DIRECTED to administratively close the above-titled action and to file the

1  instant petition as an amended petition in case number C 09-1792.  Because the instant action
2  was opened in error, no filing fee is due.
3      IT IS SO ORDERED.
4  DATED: August 12, 2009

_____
MAXINE M. CHESNEY
United States District Judge